## RECONSIDERATION OF PRIOR DECISIONS

**2004–0485.  State v. Ketterer.**
Butler C.P. No. CR2003–03–0309. Reported at 111 Ohio St.3d 70, 2006-Ohio-5283, 855 N.E.2d 48. On motion for reconsideration. Motion denied.

**2006–1297.  Welch v. Ameritech Credit Corp.**
Franklin App. No. 04AP–1123, 2006-Ohio-2528. Reported at 111 Ohio St.3d 1431, 2006-Ohio-5351, 855 N.E.2d 496. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

RESNICK, J., not participating.

**2006–1347.  Chase Mtge. Co. W. v. Coleman.**
Cuyahoga App. No. 88158. Reported at 111 Ohio St.3d 1432, 2006-Ohio-5351, 855 N.E.2d 496. On motion for reconsideration. Motion denied.

**2006–1356.  State v. Copley.**
Franklin App. No. 04AP–1128, 2006-Ohio-2737. Reported at 111 Ohio St.3d 1432, 2006-Ohio-5351, 855 N.E.2d 497. On motion for reconsideration. Motion denied.

**2006–1373.  State v. Burrell.**
Cuyahoga App. No. 86702, 2006-Ohio-2593. Reported at 111 Ohio St.3d 1432, 2006-Ohio-5351, 855 N.E.2d 497. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and LANZINGER, JJ., dissent and would grant the motion, accept the appeal, and hold the cause for the decision in 2006–0294 and 2006–0298, *State v. Crager,* Marion App. No. 9–04–54, 2005-Ohio-6868.